**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Donald Lynn Mayeux
Attorney at Law
P.O. Drawer 1460
Eunice LA 70535

**REHEARING ACTION: May 18, 2016**

**Docket Number: 16   00054-CW**

**GRACE INDE**
**VERSUS**
**PINNACLE ENTERTAINMENT,**
**ET AL.**

**Writ Application from Calcasieu Parish Case No. 2014-2376**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Grace Inde** has this day been

    **DENIED.**

cc: Philip Andre Fontenot, Counsel for the Applicant
    Kevin M. Dills, Counsel for the Applicant